UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WILSON-SEWELL, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>LANDCORP STAFFING, an unknown business entity; LANDCORP STAFFING SERVICES, LLC, an unknown business entity; LANDCORP MANAGEMENT SERVICES LLC, an unknown business entity; LANDCORP HOSPITALITY an unknown business entity; LANDCORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:20-CV-00525-KJM-EFB<br><br>JOINT STIPULATION TO EXTEND THE DEADLINES FOR FILING MOTION TO REMAND AND RESPONSIVE PLEADING; ORDER<br><br>Action Filed:     January 22, 2020<br>Removed:         March 6, 2020<br>Trial:                  Not Yet Set |

## BACKGROUND

Prior to filing an answer or responsive pleading, defendants LANDCORP MANAGEMENT SERVICES, LLC and LANDCORP STAFFING SERVICES, LLC ("LandCorp" or "Defendants") filed a Notice of Removal on March 6, 2020 to the United States District Court, Eastern District of California. Defendants and plaintiff ISAAC WILSON-SEWELL ("Plaintiff") (collectively, the "Parties") telephonically met and conferred through their respective counsel of record and Plaintiff agreed to amend the complaint. On March 12, the

- 1 -

Parties filed a Joint Stipulation to Continue Defendant's Responsive Pleading Deadline to April 10, 2020. On March 30, 2020, the Parties again met and conferred telephonically through their respective counsel of record to discuss Plaintiff's intent to file a Motion to Remand. On April 6, 2020, the Court granted the Parties' Joint Stipulation to Extend Deadlines, extending the deadline for Plaintiff to a file the motion to remand to July 20, 2020.

Due to Defendants' financial considerations that have been significantly impacted by the recent COVID-19 pandemic, the parties are currently negotiating in good faith in the hopes that a settlement of the entire action can be reached. The Parties entered into a confidentiality agreement, have shared informal discovery documents, and are in the process of exploring settlement. The Parties now agree to a joint stipulation to extend the deadline for filing a Motion to Remand by ninety (90) days, to October 18, 2020 which falls on a Sunday, thereby moving the deadline to Monday, October 19, 2020, in the hope that a settlement can be reached in that time frame.

The parties further understand that since Defendants have yet to file an answer to Plaintiff's Complaint prior to its removal to federal court, the deadline for Defendants to file an answer or other responsive pleadings is governed by FRCP 81(c)(2)(A)–(C). The Parties have agreed that if Plaintiff's motion to remand fails, and the Parties have not reached a settlement of the entire action, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the Motion to Remand. The Parties further agree that Defendant will have 30 days to file a responsive pleading after Plaintiff files his amended complaint.

STIPULATION

WHEREAS, Defendants filed a notice of removal on March 6, 2020;

WHEREAS, the Parties filed a joint stipulation to Continue Defendants' Responsive Pleading Deadline to April 10, 2020;

WHEREAS, the Parties met and conferred telephonically on March 11, 2020, and Plaintiff agreed to amend the complaint prior to April 10, 2020;

WHEREAS, the Parties entered into a confidentiality agreement on May 6, 2020 and Defendants shared informal discovery documents with Plaintiff on June 12, 2020, in order to further advance settlement discussions;

WHEREAS, Defendants intend to file a Motion to Dismiss Plaintiff's Complaint;

WHEREAS, Plaintiff intends to file a Motion to Remand;

WHEREAS, in light of Parties' intent to negotiate in good faith in the hopes that a settlement of the entire action can be reached, the Parties have jointly agreed that the last day for Plaintiff to file his Motion to Remand shall be extended to Monday, October 19, 2020;

WHEREAS, in light of Parties' intent to negotiate in good faith in the hopes that a settlement of the entire action can be reached, the Parties have jointly agreed that if Plaintiff's Motion to Remand fails, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the motion to remand.

WHEREAS, the Parties have agreed that Defendant will have 30 days to file a responsive pleading after Plaintiff files any amended complaint.

NOW, THEREFORE, the Parties agree that the motion to remand deadline for Plaintiff is October 19, 2020.

SO STIPULATED.

Dated: July 20, 2020          MEDINA McKELVEY LLP

                              By: __/s/ Allison S. Hyatt_____
                                  ALLISON S. HYATT
                                  Attorney for Defendants LANDCORP
                                  MANAGEMENT SERVICES, LLC; LANDCORP
                                  STAFFING SERVICES, LLC

Dated: July 20, 2020          PARRIS LAW FIRM

                              By: */s/ John M. Bickford* (as authorized on 7/20/2020)
                                  JOHN M. BICKFORD
                                  Attorney for Plaintiff

ORDER

This court, having reviewed parties' Joint Stipulation to Extend the Deadlines for Filing Motion to Remand and Responsive Pleading and orders as follows:

1. The Parties' Joint Stipulation to Extend the Deadlines for Filing Motion to Remand and Responsive Pleading is GRANTED.

2. The deadline for Plaintiff to file a motion to remand this action to the Superior Court of the State of California, County of Sacramento, shall be extended up to and including October 19, 2020.

3. If Plaintiff's Motion to Remand fails, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the motion to remand.

4. Defendant will have 30 days to file a responsive pleading after Plaintiff files any amended complaint.

IT IS SO ORDERED.

This order resolves ECF No. 10.

DATED: July 22, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

- 4 -