Allison S. Hyatt (CA Bar No. 217567)
E-mail: allison@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
E-mail: tim@medinackelvey.com
MEDINA McKELVEY LLP
983 Reserve Drive
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile: (916) 742-5488

Counsel for Defendants LANDCORP MANAGEMENT SERVICES, LLC; LANDCORP STAFFING SERVICES, LLC (also erroneously sued as LandCorp Staffing, an unknown business entity, and LandCorp Hospitality, an unknown business entity, and LandCorp, an unknown business entity)

John M. Bickford (CA Bar No. 280929)
E-mail: jbickford@parrislawyers.com
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595 / Fax: (661)949-7524

*Attorneys for* Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ISAAC WILSON-SEWELL, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,

Plaintiff,

v.

LANDCORP STAFFING, an unknown business entity; LANDCORP STAFFING SERVICES, LLC, an unknown business entity; LANDCORP MANAGEMENT SERVICES LLC, an unknown business entity; LANDCORP HOSPITALITY an unknown business entity; LANDCORP, an unknown business entity; and DOES 1 through 100, inclusive,

Defendants.

**CASE NO.: 2:20-CV-00525-KJM-EFB**

**JOINT STIPULATION TO CONTINUE HEARING RE MOTION TO REMAND AND RELATED DEADLINES; ORDER**

Action Filed: January 22, 2020
Removed: March 6, 2020
Trial: Not Yet Set

**BACKGROUND**

Prior to filing an answer or responsive pleading, defendants LANDCORP MANAGEMENT SERVICES, LLC and LANDCORP STAFFING SERVICES, LLC ("LandCorp" or "Defendants") filed a Notice of Removal on March 6, 2020 to the United States District Court, Eastern District of California. Defendants and plaintiff ISAAC WILSON-SEWELL ("Plaintiff") (collectively, the "Parties") telephonically met and conferred through their respective counsel of record and Plaintiff agreed to amend the complaint. On March 12, the Parties filed a Joint Stipulation to Continue Defendant's Responsive Pleading Deadline to April 10, 2020. On March 30, 2020, the Parties again met and conferred telephonically through their respective counsel of record to discuss Plaintiff's intent to file a Motion to Remand. On April 6, 2020, the Court granted the Parties' Joint Stipulation to Extend Deadlines, extending the deadline for Plaintiff to a file the motion to remand to July 20, 2020. On July 22, 2020, the Court granted the Parties' Joint Stipulation to Extend Deadlines, extending the deadline for Plaintiff to file the motion to remand to October 19, 2020. Plaintiff filed his Motion to Remand on October 19, 2020, the hearing for which is scheduled for December 11, 2020.

Due to Defendants' financial considerations that have been significantly impacted by the recent COVID-19 pandemic, the parties are currently negotiating in good faith in the hopes that a settlement of the entire action can be reached. The Parties entered into a confidentiality agreement, have shared informal discovery documents, and are in the process of exploring settlement. The Parties have also agreed to attend private mediation with Judicate West mediator Judge Mitchel R. Goldberg (Ret.) on January 25, 2021. The Parties now agree to continue December 11, 2020 hearing by ninety days (90), to March 11, 2021, in the hope that a settlement can be reached in that time frame. The Parties also agree that Defendants' deadline to oppose Plaintiff's Motion to Remand and Plaintiff's deadline to Respond in Support of his Motion to Remand shall be continued and based on this new hearing date.

The parties further understand that since Defendants have yet to file an answer to Plaintiff's Complaint prior to its removal to federal court, the deadline for Defendants to file an answer or other responsive pleadings is governed by FRCP 81(c)(2)(A)–(C). The Parties have agreed that if

Plaintiff's motion to remand fails, and the Parties have not reached a settlement of the entire action, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the Motion to Remand. The Parties further agree that Defendant will have 30 days to file a responsive pleading after Plaintiff files his amended complaint.

**STIPULATION**

WHEREAS, Defendants filed a notice of removal on March 6, 2020;

WHEREAS, the Parties filed a joint stipulation to Continue Defendants' Responsive Pleading Deadline to April 10, 2020;

WHEREAS, the Parties met and conferred telephonically on March 11, 2020, and Plaintiff agreed to amend the complaint prior to April 10, 2020;

WHEREAS, the Parties entered into a confidentiality agreement on May 6, 2020 and Defendants shared informal discovery documents with Plaintiff on June 12, 2020, in order to further advance settlement discussions;

WHEREAS, Defendants intend to file a Motion to Dismiss Plaintiff's Complaint;

WHEREAS, Plaintiff has filed a Motion to Remand which is scheduled to be heard on December 11, 2020;

WHEREAS, the Parties have agreed to attend private mediation on January 25, 2021 with mediator Judge Mitchel R. Goldberg (Ret.);

WHEREAS, in light of Parties' intent to negotiate in good faith in the hopes that a settlement of the entire action can be reached, the Parties have jointly agreed that the upcoming December 11, 2020 hearing should be continued to the next available hearing date on or after March 11, 2021, with all related deadlines to be based on the new hearing date;

WHEREAS, in light of Parties' intent to negotiate in good faith in the hopes that a settlement of the entire action can be reached, the Parties have jointly agreed that if Plaintiff's Motion to Remand fails, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the motion to remand.

///

///

WHEREAS, the Parties have agreed that Defendant will have 30 days to file a responsive pleading after Plaintiff files any amended complaint.

NOW, THEREFORE, the Parties agree that Plaintiff's Motion to Remand shall be heard on or after March 11, 2021, depending on the Court's availability.

**SO STIPULATED.**

Dated: November 25, 2020

MEDINA McKELVEY LLP

By: *_/s/ Allison S. Hyatt_*
ALLISON S. HYATT
Attorney for Defendants LANDCORP MANAGEMENT SERVICES, LLC; LANDCORP STAFFING SERVICES, LLC

Dated: November 25, 2020

PARRIS LAW FIRM

By: *_/s/ John M. Bickford_* (as authorized on 11/25/2020)
JOHN M. BICKFORD
Attorney for Plaintiff

**ORDER**

This Court, having reviewed parties' Joint Stipulation to Continue Hearing and Related Deadlines and orders as follows:

1. The Parties' Joint Stipulation to Continue Hearing and Related Deadlines is **GRANTED**.

2. The hearing for Plaintiff's Motion to Remand shall be continued to March 26, 2021.

3. Defendants shall have until February 25, 2021 to file their opposition to Plaintiff's Motion to Remand.

4. Plaintiff shall have until March 4, 2021 to file his reply in support of his Motion to Remand.

5. If Plaintiff's Motion to Remand fails, Plaintiff will amend his complaint within 15 days of the Court issuing an order denying the motion to remand.

6. Defendant will have 30 days to file a responsive pleading after Plaintiff files any amended complaint.

**IT IS SO ORDERED.**

DATED: November 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE