Allison S. Hyatt (CA Bar No. 217567)
　E-mail: allison@medinamckelvey.com
Timothy B. Nelson (CA Bar No. 235279)
　E-mail: tim@medinackelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Telephone: (916) 960-2211
Facsimile:  (916) 742-5488

Counsel for Defendants LANDCORP
MANAGEMENT SERVICES, LLC;
LANDCORP STAFFING SERVICES, LLC
(also erroneously sued as LandCorp Staffing,
an unknown business entity, and LandCorp
Hospitality, an unknown business entity, and
LandCorp, an unknown business entity)

John M. Bickford (CA Bar No. 280929)
　E-mail: jbickford@parrislawyers.com
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595 / Fax: (661)949-7524

*Attorneys for* Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WILSON-SEWELL, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　Plaintiff,<br>v.<br><br>LANDCORP STAFFING, an unknown business entity; LANDCORP STAFFING SERVICES, LLC, an unknown business entity; LANDCORP MANAGEMENT SERVICES LLC, an unknown business entity; LANDCORP HOSPITALITY an unknown business entity; LANDCORP, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | **CASE NO.: 2:20-CV-00525-KJM-EFB**<br><br>**JOINT STIPULATION TO CONTINUE HEARING RE MOTION TO REMAND AND RELATED DEADLINES; ORDER**<br><br>Action Filed:　January 22, 2020<br>Removed:　　　March 6, 2020<br>Trial:　　　　　Not Yet Set |

- 1 -



**BACKGROUND**

Plaintiff filed his Motion to Remand on October 19, 2020, the hearing for which was scheduled for December 11, 2020. The court signed an order (Docket #16) on November 30, 2020 granting the parties' joint stipulation requesting a continuation of this hearing to March 26, 2021 to give the parties more time to continue ongoing settlement negotiations.

The parties attended private mediation with Judicate West mediator Judge Mitchel R. Goldberg (Ret.) on January 25, 2021. The parties reached a settlement agreement and are close to finalizing a memorandum of understanding memorializing the agreement. The parties now agree to continue the March 26, 2021 hearing and associated motion deadlines by four weeks to April 23, 2021, in order to give the parties time to finalize and execute a memorandum of understanding.

**STIPULATION**

WHEREAS, Defendants filed a notice of removal on March 6, 2020;

WHEREAS, Plaintiff has filed a Motion to Remand which is scheduled to be heard on December 11, 2020;

WHEREAS, the parties attended private mediation on January 25, 2021 with mediator Judge Mitchel R. Goldberg (Ret.); and

WHEREAS, in light of an pending memorandum of understanding, the parties have jointly agreed that the upcoming March 26, 2021 hearing should be continued to the next available hearing date on or after April 23, 2021 with all related deadlines to be based on the new hearing date.

///
///
///
///
///
///
///
///

NOW, THEREFORE, the parties agree that Plaintiff's Motion to Remand shall be heard on or after April 26, 2021, depending on the Court's availability.

**SO STIPULATED.**

Dated: February 25, 2021         MEDINA McKELVEY LLP

By:   */s/ Timothy B. Nelson*
   TIMOTHY B. NELSON
   Attorney for Defendants LANDCORP
   MANAGEMENT SERVICES, LLC; LANDCORP
   STAFFING SERVICES, LLC


Dated: February 25, 2021         PARRIS LAW FIRM

By:  */s/ Kitty K. Szeto* (as authorized on 2/25/21)
   KITTY K. SZETO
   Attorney for Plaintiff



# ORDER

This Court, having reviewed parties' Joint Stipulation to Continue Hearing and Related Deadlines and orders as follows:

1. The Parties' Joint Stipulation to Continue Hearing and Related Deadlines is **GRANTED**.

2. The hearing for Plaintiff's Motion to Remand shall be continued to May 7, 2021.

3. Defendants shall have until April 9, 2021 to file their opposition to Plaintiff's Motion to Remand.

4. Plaintiff shall have until April 30, 2021 to file his reply in support of his Motion to Remand.

5. In light of the pending Motion to Remand, ECF No. 13, the Status (Pretrial Scheduling) Conference set for 3/11/2021 at 2:30 PM is reset for June 17, 2021 at 2:30 PM, with the filing of an updated joint status report due fourteen (14) days prior.

**IT IS SO ORDERED.**

DATED: March 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

