Timothy B. Nelson (CA Bar No. 235279)
    E-mail: tim@medinackelvey.com
Douglas R. Leach (CA Bar No. 325955)
    E-mail: doug@medinamckelvey.com
MEDINA McKELVEY LLP
925 Highland Pointe Drive, Suite 300
Roseville, California 95678
Tel: (916) 960-2211 / Fax: (916) 742-5488

Counsel for Defendants LANDCORP
MANAGEMENT SERVICES, LLC;
LANDCORP STAFFING SERVICES, LLC
(also erroneously sued as LandCorp Staffing, an
unknown business entity, and LandCorp
Hospitality, an unknown business entity, and
LandCorp, an unknown business entity)

Kitty K. Szeto (CA Bar No. 258136)
    E-mail: kszeto@parrislawyers.com
John M. Bickford (CA Bar No. 280929)
    E-mail: jbickford@parrislawyers.com
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Tel: (661) 949-2595 / Fax: (661)949-7524

*Attorneys for* Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC WILSON-SEWELL, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>                    Plaintiff,<br>v.<br><br>LANDCORP STAFFING, an unknown business entity; LANDCORP STAFFING SERVICES, LLC, an unknown business entity; LANDCORP MANAGEMENT SERVICES LLC, an unknown business entity; LANDCORP HOSPITALITY an unknown business entity; LANDCORP, an unknown business entity; and DOES 1 through 100, inclusive,<br>                    Defendants. | **CASE NO.: 2:20-CV-00525-KJM-JDP**<br><br>**JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>Action Filed:   January 22, 2020<br>Removed:       March 6, 2020<br>Trial:                Not Yet Set |



Plaintiff ISAAC WILSON-SEWELL and defendants LANDCORP MANAGEMENT SERVICES, LLC and LANDCORP STAFFING SERVICES, LLC (the "Parties") hereby stipulate as follows:

WHEREAS, Defendants filed a notice of removal on March 6, 2020;

WHEREAS, Plaintiff filed a Motion to Remand on October 19, 2020, the hearing for which was scheduled for December 11, 2020;

WHEREAS, the Parties attended private mediation on January 25, 2021 with mediator Judge Mitchel R. Goldberg (Ret.);

WHEREAS, the Court granted the Parties' joint stipulation to continue the hearing on the Motion to Remand to May 7, 2021;

WHEREAS, the Parties have executed a memorandum of understanding regarding settlement on March 3, 2021; and

WHEREAS, the Parties agree in light of the settlement that the Action should be remanded back to the Superior Court of California, County of Sacramento.

NOW, THEREFORE, the Parties agree that this Action should be remanded back to the Superior Court of California, County of Sacramento.  Each party shall bear its own attorneys' fees and costs with respect to the removal.

**SO STIPULATED.**

Dated: March 31, 2021     MEDINA McKELVEY LLP

By: ___/s/ Douglas R. Leach____
DOUGLAS R. LEACH
Attorneys for Defendants LANDCORP MANAGEMENT SERVICES, LLC; LANDCORP STAFFING SERVICES, LLC

Dated: March 31, 2021     PARRIS LAW FIRM

By: /s/ Kitty K. Szeto [as authorized on March 29, 2020]
KITTY K. SZETO
Attorneys for Plaintiff



**ORDER**

This Court, having reviewed the Parties' Joint Stipulation to Remand Removed Action and good cause appearing, order as follows:

1. The Parties' stipulation is approved;

2. Eastern District of California case number 2:20-cv-00525-KJM-EFB styled *Wilson-Sewell v. Landcorp Staffing Services, LLC, et al.* is hereby remanded to the Superior Court of California, County of Sacramento, Case No. 34-2020-00273937, before the Honorable David De Alba in Department 41 of the Gordon D. Schaber Sacramento County Courthouse located at 720 9th Street, Sacramento, California 95814; and

3. The Clerk shall mail a certified copy of this Order of Remand to the Clerk of the Superior Court of California, County of Sacramento.

**IT IS SO ORDERED.**

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

